SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

SEE ATTACHED RIDER                          Index No.: SEE ATTACHED RIDER

              Plaintiffs,

- against -                                                    AFFIDAVIT OF SERVICE

1 WORLD TRADE CENTER LLC, ET AL

             Defendants.
------------------------------------------------------------X

_Adonius Smith_, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to this action.

2. That on the _23_ day of _NOV_, 20_06_, at _12:08 PM_ I served a copy of Summons with Notice annexed hereto, upon:

Eugen Massamillo, Esq.
Kaplan, von Ohlen & Massamillo, LLC
90 Park Avenue, 18th Floor
New York, NY 10016-,

by personal service pursuant to CPLR 308, 310, 310-a, 311 and/or 311-a

3. That such personal service was made by delivering a copy of the Summons with Notice to:

HALLEN WELDING SERVICE, INC.

4. The person served was: sex _F_, color of skin _White_, hair color _Blonde_, approximate age _25-35_, approximate weight _145-165_, approximate height _5'8_,
other _____.

_Adonius Smith_
[Signature]

_Name Fezzel_
[Print Name of Deponent]

_Betsy Barranco_
BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20_10_

Service Contact: 256   Client Group: 200   Out: 39   In: 49