SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

SEE ATTACHED RIDER                              Index No.: SEE ATTACHED RIDER

               Plaintiffs,

- against -                                     AFFIDAVIT OF SERVICE

1 WORLD TRADE CENTER LLC, ET AL

              Defendants.
------------------------------------------------------------X

___Adonias Smith___, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to this action.

2. That on the __30TH__ day of __NOV__, 20__06__, at __3:35 PM__ I served a copy of Summons with Notice annexed hereto, upon:

              John Sparling
              London Fischer, LLP
              59 Maiden Lane
              New York, NY 10038,

by personal service pursuant to CPLR 308, 310, 310-a, 311 and/or 311-a

3. That such personal service was made by delivering a copy of the Summons with Notice to:

TURNER CONSTRUCTION CO.,; AND TURNER CONSTRUCTION COMPANY

4. The person served was: sex __F__, color of skin __White__, hair color __Brown__, approximate age __45-55__, approximate weight __140__, approximate height _____,
other _____.

_____
[Signature]

___Adonias Smith___
[Print Name of Deponent]



BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 2010

Service Contact: 248   Client Group: 200   Out: 39   In: 49

# Rider

## Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10531 | Shawn Abate (and Wife, Diane Abate) | 114747/06 | 10/3/2006 |
| 12851 | Pat Acri (and Wife, Dawn Acri) | 114746/06 | 10/3/2006 |
| 3096 | Joseph Agro (and Wife, Janice Agro) | 114745/06 | 10/3/2006 |
| 13153 | Pablo Alcantara (and Wife, Karina Rosario) | 114744/06 | 10/3/2006 |
| 13318 | David Allen (and Wife, Lisa Allen) | 114743/06 | 10/3/2006 |
| 11336 | Azriel Alleyne | 114767/06 | 10/3/2006 |
| 14100 | Asmat Allie (and Wife, Noemi Allie) | 114766/06 | 10/3/2006 |
| 8435 | Vincent Altrui (and Wife, Wileen Altrui) | 114765/06 | 10/3/2006 |
| 13057 | John Alvarado (and Wife, Maureen Alvarado) | 114764/06 | 10/3/2006 |
| 14128 | Jose Alvarracin | 114763/06 | 10/3/2006 |
| 13414 | Peggy Alves | 114752/06 | 10/3/2006 |
| 13014 | Gerard Amato (and Wife, Christina Amato) | 114751/06 | 10/3/2006 |
| 14008 | Patricia Ancona | 114750/06 | 10/3/2006 |
| 13286 | Norkiss Andino (and Husband, Roger Andino) | 114749/06 | 10/3/2006 |
| 14105 | Peter Andre (and Wife, Ginger Andre) | 114748/06 | 10/3/2006 |
| 13844 | Frank Annunziata (and Wife, Elisa Annunziata) | 114772/06 | 10/3/2006 |
| 13187 | Philip Annunziato (and Wife, Eleanor V Annunziato) | 114771/06 | 10/3/2006 |
| 14229 | Peter Antao (and Wife, Sue Antao) | 114770/06 | 10/3/2006 |
| 13330 | India Archie | 114768/06 | 10/3/2006 |
| 13714 | Joseph Arias (and Wife, Josetar R Arias) | 114769/06 | 10/3/2006 |
| 13913 | James Armstrong (and Wife, Susan Armstrong) | 114910/06 | 10/3/2006 |
| 13474 | Joseph Aronsen (and Wife, Begona Aronsen) | 114909/06 | 10/3/2006 |
| 13826 | Eduardo Arroyo | 114908/06 | 10/3/2006 |
| 13573 | Michael Ashton (and Wife, Donna M ) | 114907/06 | 10/3/2006 |
| 13432 | Luis Atristain | 114906/06 | 10/3/2006 |
| 9684 | Athanasios Augoustatos | 114777/06 | 10/3/2006 |
| 13778 | Maureen Avella (and Wife, Anthony Avello) | 114776/06 | 10/3/2006 |
| 13835 | Rosa Azcarate | 114775/06 | 10/3/2006 |
| 13790 | John M Badyna | 114774/06 | 10/3/2006 |
| 13172 | Angelo Baez | 114773/06 | 10/3/2006 |
| 14106 | Jeffrey Bahm (and Wife, Teresa Bahm) | 114905/06 | 10/3/2006 |
| 13703 | Mynor Balcarcel | 114904/06 | 10/3/2006 |
| 12999 | Louis Balsamo (and Wife, Vivian Balsamo) | 114903/06 | 10/3/2006 |
| 10907 | Ivan Banda (and Wife, Martha Reinoso) | 114902/06 | 10/3/2006 |
| 12986 | Nestor Banda (and Wife, Georgina Banda) | 114901/06 | 10/3/2006 |
| 13295 | Gobinjee Bania (and Wife, Sancihta Chowitan) | 114782/06 | 10/3/2006 |
| 10924 | Sandra J Baquero | 114781/06 | 10/3/2006 |
| 13943 | Sebastian Bartolotta | 114780/06 | 10/3/2006 |

# Service Rider

Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 13995 | Sebastiano Basile (and Wife, Nancy A Basile) | 114779/06 | 10/3/2006 |
| 13213 | Michael Bazerman (and Wife, Meredith Bazerman) | 114778/06 | 10/3/2006 |
| 12743 | Thomas Bell (and Wife, Sarah Bell) | 114697/06 | 10/3/2006 |
| 13605 | Carmine Belmonte (and Wife, Frances ) | 114696/06 | 10/3/2006 |
| 13527 | Scott Bendul | 114695/06 | 10/3/2006 |
| 12592 | Jose Benitez (and Wife, Monica Benitez) | 114694/06 | 10/3/2006 |
| 12786 | Vincent Berlingerio | 114693/06 | 10/3/2006 |
| 13972 | Tara Bianco | 114531/06 | 10/3/2006 |
| 12790 | Roman Bikowski (and Wife, Nella Bikowska) | 114532/06 | 10/3/2006 |
| 13128 | Ronald Blackmore (and Wife, Eynell Blackmore) | 114533/06 | 10/3/2006 |
| 13830 | Timothy Blasko (and Wife, Kathleen Blasko) | 114535/06 | 10/3/2006 |
| 12934 | Daryl Blinker (and Wife, Theresa Blinker) | 114534/06 | 10/3/2006 |
| 13840 | Michael Boberashvili | 114702/06 | 10/3/2006 |
| 13204 | Denise Bonaventura (and Husband, Patrick Bonaventura) | 114701/06 | 10/3/2006 |
| 12365 | Thomas Bongiovanni | 114700/06 | 10/3/2006 |
| 13905 | Victor Borg | 114699/06 | 10/3/2006 |
| 13655 | Arthur Bova | 114698/06 | 10/3/2006 |
| 13883 | William Boylan | 114556/06 | 10/3/2006 |
| 12711 | Richard Breece (and Wife, Gisela Breece) | 114557/06 | 10/3/2006 |
| 13700 | Michael Brennan | 114558/06 | 10/3/2006 |
| 12569 | Daniel Breslin (and Wife, Marcia ) | 114559/06 | 10/3/2006 |
| 14171 | Christopher Broich | 114560/06 | 10/3/2006 |
| 14224 | Thomas Brown (and Wife, Rose Marie Brown) | 114787/06 | 10/3/2006 |
| 14027 | Eric Brzostek (and Wife, Aikaterini Brzostek) | 114786/06 | 10/3/2006 |
| 12891 | Joseph Bubryckie (and Wife, Melissa Bubryckie) | 114785/06 | 10/3/2006 |
| 13568 | Chris Buccarelli | 114784/06 | 10/3/2006 |
| 13047 | Bernard Buckner | 114783/06 | 10/3/2006 |
| 13552 | Angel Burgos | 114935/06 | 10/3/2006 |
| 12858 | Peter Burke (and Wife, Danielle Burke) | 114934/06 | 10/3/2006 |
| 9327 | Elizabeth Burnett | 114933/06 | 10/3/2006 |
| 8452 | Stephen Butler (and Wife, Tracey Butler) | 114932/06 | 10/3/2006 |
| 9286 | John Caccavale (and Wife, Teresa Caccavale) | 114930/06 | 10/3/2006 |
| 11267 | Joseph Caciano (and Wife, Esperanza Caciano) | 114931/06 | 10/3/2006 |
| 13986 | Andrea Cacioppo (and Husband, DoriAnn Cacioppo) | 114928/06 | 10/3/2006 |
| 13036 | Adrian Calemma | 114929/06 | 10/3/2006 |
| 13391 | John Calhoun | 114927/06 | 10/3/2006 |
| 13021 | Philip Cammarata (and Wife, Rosalie Cammarata) | 114926/06 | 10/3/2006 |
| 12852 | Steven Campanella (and Wife, Carmela Campanella) | 114925/06 | 10/3/2006 |

## Rider

### Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 11703 | Bernadette Campbell | 114924/06 | 10/3/2006 |
| 1992 | Shedrick Campbell | 114923/06 | 10/3/2006 |
| 13578 | Dominick Campisi (and Wife, Christine Campisi) | 114922/06 | 10/3/2006 |
| 10480 | Consuelo Campuzano | 114921/06 | 10/3/2006 |
| 13084 | Joseph Candido (and Wife, Danielle Candido) | 114762/06 | 10/3/2006 |
| 12683 | Kenneth Capobianco (and Wife, Michele Capobianco) | 114761/06 | 10/3/2006 |
| 13398 | Craig Capolino (and Wife, Lisa Anne Capolino) | 114760/06 | 10/3/2006 |
| 9921 | Edison Cardenas | 114759/06 | 10/3/2006 |
| 3174 | Michael Caridi (and Wife, Jean Caridi) | 114758/06 | 10/3/2006 |
| 14083 | Larry Carito | 114551/06 | 10/3/2006 |
| 12890 | Thomas Carlin (and Wife, Annette Loiett Carlin) | 114552/06 | 10/3/2006 |
| 13313 | Fred Caroprese | 114553/06 | 10/3/2006 |
| 13947 | Yannique Carter | 114554/06 | 10/3/2006 |
| 12364 | Andrew Caruso | 114555/06 | 10/3/2006 |
| 13871 | Frank Caruti (and Wife, Pia Caruti) | 114737/06 | 10/3/2006 |
| 13908 | Renee Cassell | 114736/06 | 10/3/2006 |
| 14089 | Ronald Castew | 114735/06 | 10/3/2006 |
| 14026 | Manuel Castillo | 114734/06 | 10/3/2006 |
| 13884 | John Castro | 114733/06 | 10/3/2006 |
| 12795 | Jorge Ceballos | 114742/06 | 10/3/2006 |
| 13157 | Eileen Celli | 114741/06 | 10/3/2006 |
| 13065 | Carmen Cerreto (and Wife, Janine Cerreto) | 114740/06 | 10/3/2006 |
| 13708 | Marty Cervellione | 114739/06 | 10/3/2006 |
| 13294 | Rosa Chain | 114733/06 | 10/3/2006 |
| 13059 | Mark Chiarolanza (and Wife, Kelli A Chiarolanza) | 115425/06 | 10/3/2006 |
| 13847 | Craig Chillemi (and Wife, Patricia Chillemi) | 115426/06 | 10/3/2006 |
| 13820 | Thomas Christensen (and Wife, Krsitine Christensen) | 115427/06 | 10/3/2006 |
| 14230 | Dermott Clancy (and Wife, Donna Clancy) | 115428/06 | 10/3/2006 |
| 10594 | Cecelia Claret | 115429/06 | 10/3/2006 |
| 12520 | Bernadine Clarke | 115410/06 | 10/3/2006 |
| 12669 | Thomas Clarke | 115411/06 | 10/3/2006 |
| 13667 | Frank Classi (and Wife, Joan Classi) | 115412/06 | 10/3/2006 |
| 13962 | Jose Claudio (and Wife, Mirian Claudio) | 115413/06 | 10/3/2006 |
| 13524 | Richard Cocca | 115414/06 | 10/3/2006 |
| 13150 | Keith Cofresi (and Wife, Lisa Cofresi) | 115430/06 | 10/3/2006 |
| 13813 | Angela Colavito | 115431/06 | 10/3/2006 |
| 14233 | Mariella Coleman (and Wife, Preston Fucci) | 115432/06 | 10/3/2006 |
| 13941 | Clint Collins (and Wife, Sicilia B Collins) | 115433/06 | 10/3/2006 |

# Service Rider

**Rider**

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13203 | Christopher Colucci (and Wife, kelly colucci) | 115434/06 | 10/3/2006 |
| 14072 | Joseph Condello (and Wife, Michelle Condello) | 115420/06 | 10/3/2006 |
| 3680 | Sean Connelly | 115421/06 | 10/3/2006 |
| 12824 | Michael Connolly (and Wife, Elizabeth Connolly) | 115422/06 | 10/3/2006 |
| 12803 | Joseph Conrad (and Wife, Joan Conard) | 115423/06 | 10/3/2006 |
| 12911 | Farrell Conroy | 115424/06 | 10/3/2006 |
| 14099 | Anthony Contessa (and Wife, Tina Contessa) | 114576/06 | 10/3/2006 |
| 13026 | Andrew Copertino | 114577/06 | 10/3/2006 |
| 11477 | Sonia Corpes | 114578/06 | 10/3/2006 |
| 12996 | Louis Corrente | 114579/06 | 10/3/2006 |
| 13634 | Michael Cotrone (and Wife, Maria Cotrone) | 114580/06 | 10/3/2006 |
| 13806 | William Couchon (and Wife, Florence Couchon) | 114561/06 | 10/3/2006 |
| 13480 | Donald Coughlan (and Wife, Jill Coughlan) | 114562/06 | 10/3/2006 |
| 13948 | Israol Crespo | 114563/06 | 10/3/2006 |
| 12838 | Alexander Cruz (and Wife, Martha Cruz) | 114564/06 | 10/3/2006 |
| 12878 | Marcos Cubilete | 114565/06 | 10/3/2006 |
| 12636 | Joseph Culhane | 114727/06 | 10/3/2006 |
| 13361 | Lawrence Cummings (and Wife, Crystal Britt) | 114726/06 | 10/3/2006 |
| 13880 | Ellen Cunningham (and Husband, Michael Cunningham) | 114725/06 | 10/3/2006 |
| 13561 | Paul D Orio | 114568/06 | 10/3/2006 |
| 13023 | Gary D'Andrea (and Wife, Lisa D'Andrea) | 114724/06 | 10/3/2006 |
| 13131 | Dominic Daniele | 114723/06 | 10/3/2006 |
| 13583 | Christopher Danyo | 114732/06 | 10/3/2006 |
| 14161 | Lynn Davies | 114731/06 | 10/3/2006 |
| 13020 | Keith DeGiorgio (and Wife, Tina DeGiorgio) | 114730/06 | 10/3/2006 |
| 13236 | Don DeGuardia (and Wife, Colleen Ann DeGuardia) | 114729/06 | 10/3/2006 |
| 13040 | Louis Del Castello (and Wife, Annemarie Del Castello) | 114536/06 | 10/3/2006 |
| 12899 | Jose Del Valle (and Wife, Nereida Del Valle) | 114542/06 | 10/3/2006 |
| 13635 | Dino Delany (and Wife, Michele Delany) | 114728/06 | 10/3/2006 |
| 13736 | Isabel DeLeon | 114537/06 | 10/3/2006 |
| 13407 | Joseph Delorenzo | 114538/06 | 10/3/2006 |
| 14087 | Stefano DelPrete (and Wife, Diane DelPrete) | 114539/06 | 10/3/2006 |
| 13709 | Joseph DeLuca | 114540/06 | 10/3/2006 |
| 13973 | Mario DeLucia (and Wife, Louise R Delucia) | 114541/06 | 10/3/2006 |
| 14094 | Santoria Demarco (and Husband, Robert DeMarco) | 114543/06 | 10/3/2006 |
| 14096 | Sentoria DeMarco (and Husband, Robert DeMarco) | 114544/06 | 10/3/2006 |
| 11051 | Steven DeMarco | 114545/06 | 10/3/2006 |
| 13567 | Eugene Demsey | 114546/06 | 10/3/2006 |

# Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13553 | Christopher DePrisco | 114547/06 | 10/3/2006 |
| 14050 | Janet Dermody | 114548/06 | 10/3/2006 |
| 12831 | Jack DeSalvo (and Wife, Jennifer DeSalvo) | 114549/06 | 10/3/2006 |
| 2149 | James DeStefano (and Wife, Lisa DeStefano) | 114550/06 | 10/3/2006 |
| 14108 | Thomas Deutsch | 114571/06 | 10/3/2006 |
| 13501 | Theodorf Dima | 114572/06 | 10/3/2006 |
| 13008 | Michael DiMeglio (and Wife, Randi DiMeglio) | 114573/06 | 10/3/2006 |
| 4120 | Gino Dipardo (and Wife, Allison DiPardo) | 114574/06 | 10/3/2006 |
| 12917 | Vernon DiThomas (and Wife, Joan DiThomas) | 114575/06 | 10/3/2006 |
| 12685 | Anthony Dobbins (and Wife, Katrina Dobbins) | 114566/06 | 10/3/2006 |
| 13316 | Thomas Doran (and Wife, AnneMarie Doran) | 114567/06 | 10/3/2006 |
| 13288 | Edward Dougherty | 114569/06 | 10/3/2006 |
| 13550 | Frederick Dow | 114570/06 | 10/3/2006 |
| 14187 | Michael Driscoll (and Wife, Linda Driscoll) | 114707/06 | 10/3/2006 |
| 13176 | Timothy Driscoll | 114706/06 | 10/3/2006 |
| 11329 | Dominik Drozdz (and Wife, Ewa Drozdz) | 114705/06 | 10/3/2006 |
| 11331 | Stanislaw Drozdz (and Wife, Monika Drozdz) | 114704/06 | 10/3/2006 |
| 13518 | Timothy Duffy | 114703/06 | 10/3/2006 |
| 12855 | Lina Dusanenko (and Husband, John Dusanenko) | 114712/06 | 10/3/2006 |
| 13946 | Lucila Dutan | 114711/06 | 10/3/2006 |
| 13713 | Ilana Eberson | 114710/06 | 10/3/2006 |
| 12774 | Ronald Eckardt (and Wife, Patricia Edkardt) | 114709/06 | 10/3/2006 |
| 13756 | Donn Edwards (and Wife, Barbara Edwards) | 114708/06 | 10/3/2006 |
| 14235 | Robert Elliot (and Wife, Sharon Elliot) | 114717/06 | 10/3/2006 |
| 13317 | Timothy Elphich | 114716/06 | 10/3/2006 |
| 12728 | Glenn Engelken (and Wife, Lori Engelken) | 114714/06 | 10/3/2006 |
| 12764 | Joseph Eppolito | 114715/06 | 10/3/2006 |
| 13310 | Joseph Eramo (and Wife, Diane Eramo) | 114722/06 | 10/3/2006 |
| 13786 | Thomas Erickson | 114713/06 | 10/3/2006 |
| 12699 | Daniel Espinoza | 114718/06 | 10/3/2006 |
| 12821 | Christine Faber | 114721/06 | 10/3/2006 |
| 13276 | William Fallon (and Wife, Laura Fallon) | 114720/06 | 10/3/2006 |
| 14013 | Rosolino Fanara | 114719/06 | 10/3/2006 |
| 12788 | Charles Farrell (and Wife, Maria Farrell) | 114895/06 | 10/3/2006 |
| 13592 | Edmon Farrell | 114891/06 | 10/3/2006 |
| 10375 | Heidi Farrell (and Husband, James R Farrell) | 114892/06 | 10/3/2006 |
| 13889 | Nicholas Federico (and Wife, Maria Federico) | 114894/06 | 10/3/2006 |
| 13866 | Mary Rose Feeney | 114893/06 | 10/3/2006 |

| Rider | Service Rider | | |
|---|---|---|---|

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13063 | Michael Fehsal (and Wife, Kara L Fehsal) | 114586/06 | 10/3/2006 |
| 13725 | Richard Fellegara (and Wife, Kathleen Fellegara) | 114588/06 | 10/3/2006 |
| 12646 | Jose Fermin (and Wife, Seamon Fermin) | 114587/06 | 10/3/2006 |
| 14232 | Elias Fernandez (and Wife, Lisa Fernandez) | 114590/06 | 10/3/2006 |
| 13920 | Robert Ferreiro (and Wife, Dayna Ferreiro) | 114589/06 | 10/3/2006 |
| 8989 | Stanley Filipkowski | 114583/06 | 10/3/2006 |
| 13787 | Michael Finck | 114581/06 | 10/3/2006 |
| 13159 | Tony Fisher | 114584/06 | 10/3/2006 |
| 13324 | Kevin Flanagan (and Wife, Helen Flanagan) | 114582/06 | 10/3/2006 |
| 12568 | James Flynn | 114920/06 | 10/3/2006 |
| 12253 | Edward Foglia | 114585/06 | 10/3/2006 |
| 13141 | Brett Fontana | 114916/06 | 10/3/2006 |
| 14228 | Mickey Fontanez | 114919/06 | 10/3/2006 |
| 12673 | Peter Fopeano (and Wife, Denise Fopeano) | 114918/06 | 10/3/2006 |
| 13971 | Peter Forcelli (and Wife, Noreen Forcelli) | 114915/06 | 10/3/2006 |
| 12666 | Kruythoff Forrester | 114917/06 | 10/3/2006 |
| 11055 | Virgil Fossati (and Wife, Robin Fossati) | 114914/06 | 10/3/2006 |
| 10328 | Dzile Frangu (and Wife, Nazmi Frangu) | 114912/06 | 10/3/2006 |
| 12827 | Kenneth Franz | 114913/06 | 10/3/2006 |
| 13252 | Betzayda Fraticelli | 114896/06 | 10/3/2006 |
| 11702 | Darryl Frazier (and Wife, Diane Frazier) | 114911/06 | 10/3/2006 |
| 14159 | Phillip Fressle (and Wife, Catherine Fressle) | 114900/06 | 10/3/2006 |
| 12627 | Gregg Friedenberg-Gerson | 114898/06 | 10/3/2006 |
| 12658 | Anthony Funaro (and Wife, Loretta Funaro) | 114899/06 | 10/3/2006 |
| 8292 | Robert Gabelman (and Wife, Diane Gabelman) | 114897/06 | 10/3/2006 |
| 13147 | Christopher Gallagher (and Wife, Elizabeth Gallager) | 114691/06 | 10/3/2006 |
| 13033 | Vincent Gallagher (and Wife, Mona Gallagher) | 114692/06 | 10/3/2006 |
| 13453 | Juan Gallo | 114689/06 | 10/3/2006 |
| 10044 | Viviana Garcia | 114690/06 | 10/3/2006 |
| 12840 | Antonio Gargurevich | 115235/06 | 10/3/2006 |
| 13471 | Michael Garritano | 114688/06 | 10/3/2006 |
| 13479 | Paul Garside (and Wife, Susan F Garside) | 115237/06 | 10/3/2006 |
| 11874 | Cheri Gatling (and Husband, Terrence Gatling) | 115236/06 | 10/3/2006 |
| 13450 | Joe Gatto | 115238/06 | 10/3/2006 |
| 13177 | James Gawel (and Wife, Elizabeth Gawel) | 115239/06 | 10/3/2006 |
| 3144 | Robert M Gaydos (and Wife, Dorothy Gaydos) | 115215/06 | 10/3/2006 |
| 13139 | Vernon Geberth (and Wife, Teresa Geberth) | 115216/06 | 10/3/2006 |
| 13097 | Jude Gebhart | 115219/06 | 10/3/2006 |

# Service Rider

**Rider**

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13874 | Michael Gibson (and Wife, Caron Gibson) | 115217/06 | 10/3/2006 |
| 13532 | Leonard Gigantino (and Wife, Kathleen Gigantino) | 115218/06 | 10/3/2006 |
| 13140 | Andrei Giglevitch (and Wife, Kerry Giglevitch) | 115404/06 | 10/3/2006 |
| 14107 | Horace Gilkes | 115401/06 | 10/3/2006 |
| 12679 | Brian Gilmartin (and Wife, Irene Nagle) | 115400/06 | 10/3/2006 |
| 14160 | Neil Ginpel (and Wife, Pamela Ginpel) | 115403/06 | 10/3/2006 |
| 13557 | Richard Giordano | 115402/06 | 10/3/2006 |
| 8302 | Paul Gitlin (and Wife, Lisa Gitlin) | 115391/06 | 10/3/2006 |
| 12907 | Robert Glancy Jr | 115390/06 | 10/3/2006 |
| 13437 | Richard Gomez | 115392/06 | 10/3/2006 |
| 13158 | Raul Gonzalez (and Wife, Carmen Gonzalez) | 115393/06 | 10/3/2006 |
| 13618 | Benjamin Gottlieb | 115394/06 | 10/3/2006 |
| 13919 | Paul Grattan (and Wife, Isabel Grattan) | 115406/06 | 10/3/2006 |
| 13868 | Anthony Graziano (and Wife, Patricia Graziano) | 115405/06 | 10/3/2006 |
| 13821 | Daniel Graziano (and Wife, Yang Yang) | 115409/06 | 10/3/2006 |
| 13433 | Johanna Greenberg | 115407/06 | 10/3/2006 |
| 13602 | Peter Griffith | 115408/06 | 10/3/2006 |
| 12859 | Edward Gronowski | 115396/06 | 10/3/2006 |
| 14065 | Michael Guarino | 115395/06 | 10/3/2006 |
| 13402 | Joseph Guercio (and Wife, Amy Guercio) | 115399/06 | 10/3/2006 |
| 13339 | Dean Guiducci (and Wife, Candace Guidiucci) | 115397/06 | 10/3/2006 |
| 13002 | Greg Gully | 115398/06 | 10/3/2006 |
| 13382 | Segundo Guzman (and Wife, Maria L) | 115289/06 | 10/3/2006 |
| 13906 | James C Hagner (and Wife, Nicole Hagner) | 115288/06 | 10/3/2006 |
| 13304 | Robert Hakius (and Wife, Cynthia Hakius) | 115286/06 | 10/3/2006 |
| 13018 | Wayne Hall (and Wife, Cristina Hall) | 115287/06 | 10/3/2006 |
| 12682 | Alexander Hamaty (and Wife, Phyllis Hamaty) | 115285/06 | 10/3/2006 |
| 13846 | Paul Hapinger (and Wife, Judy Hapinger) | 115283/06 | 10/3/2006 |
| 13298 | Edward Haragsim (and Wife, Linda M Haragsimi) | 115284/06 | 10/3/2006 |
| 13231 | Michele Harris | 115282/06 | 10/3/2006 |
| 14168 | Lawrence Harvey (and Wife, Patricia Harvey) | 115281/06 | 10/3/2006 |
| 14048 | Brian Hassett (and Wife, Patricia H Hassett) | 115280/06 | 10/3/2006 |
| 13685 | Randy Hawes (and Wife, Andrena M Hawes) | 115279/06 | 10/3/2006 |
| 13584 | Janice Hawkins | 115278/06 | 10/3/2006 |
| 13539 | Marc Hecht, Jr. | 115276/06 | 10/3/2006 |
| 13504 | Donald Heffern | 115277/06 | 10/3/2006 |
| 14156 | Michael Henry | 115275/06 | 10/3/2006 |
| 13642 | Robert Hernandez | 115274/06 | 10/3/2006 |

# Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13372 | Thomas Herrmann (and Wife, Yvonne ) | 115273/06 | 10/3/2006 |
| 14109 | Mindy Hersh | 115272/06 | 10/3/2006 |
| 14034 | Bentley Heyliger (and Wife, Debrah Heyliger) | 115271/06 | 10/3/2006 |
| 13037 | Matthew Higgins | 115270/06 | 10/3/2006 |
| 14081 | David Hill Jr (and Wife, Melissa Hill) | 115269/06 | 10/3/2006 |
| 12835 | Robert Ho | 115415/06 | 10/3/2006 |
| 13155 | Helen Hoffman | 115268/06 | 10/3/2006 |
| 13260 | John Hoffman, Jr. (and Wife, Nicole P Hoffmann) | 115267/06 | 10/3/2006 |
| 13857 | Thomas Hogan (and Wife, Dolores Hogan) | 115265/06 | 10/3/2006 |
| 13735 | Robert Horan (and Wife, Florence Horan) | 115266/06 | 10/3/2006 |
| 13740 | Adem Hot (and Wife, Haka Hot) | 115416/06 | 10/3/2006 |
| 13554 | Dwight Hovington | 115418/06 | 10/3/2006 |
| 13366 | Jeffrey Howell (and Wife, JoAnn Howell) | 115417/06 | 10/3/2006 |
| 13043 | Geoffrey Hughes (and Wife, Lisa A Hughes) | 115419/06 | 10/3/2006 |
| 13781 | Kevin Hughes (and Wife, Allison Hughes) | 115435/06 | 10/3/2006 |
| 13180 | Cecilia Huke-Foss | 115436/06 | 10/3/2006 |
| 13684 | Kurt Hunter | 115437/06 | 10/3/2006 |
| 13513 | John Hurd | 115438/06 | 10/3/2006 |
| 13050 | Daniel Inman | 115439/06 | 10/3/2006 |
| 13514 | Thomas Inman | 115227/06 | 10/3/2006 |
| 13467 | Glenn Jacklitsch | 115225/06 | 10/3/2006 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 115226/06 | 10/3/2006 |
| 13446 | Relton James (and Wife, Elektra Lowndes-James) | 115220/06 | 10/3/2006 |
| 10912 | Deborah James-Bryant (and Husband, Gene Bryant ) | 115228/06 | 10/3/2006 |
| 10392 | Amryl James-Reid | 115229/06 | 10/3/2006 |
| 13508 | Dean Janowski | 115221/06 | 10/3/2006 |
| 12639 | Jonas Jaramillo (and Wife, Blanca Romelo) | 115222/06 | 10/3/2006 |
| 10661 | Rogerio Jarrin (and Wife, Haydee ) | 115224/06 | 10/3/2006 |
| 13016 | Martin Jedrzejewski | 115223/06 | 10/3/2006 |
| 13511 | Manuel Jimenez (and Wife, Giselle Jimenez) | 115230/06 | 10/3/2006 |
| 12635 | Teddy Jimenez | 115231/06 | 10/3/2006 |
| 13734 | Mark John (and Wife, Jacqueline John) | 115232/06 | 10/3/2006 |
| 14082 | Charles Johnson (and Wife, Ritay Johnson) | 115233/06 | 10/3/2006 |
| 13911 | Ronald Johnson (and Wife, Kerene Johnson) | 115234/06 | 10/3/2006 |
| 13852 | Brian Jones | 115148/06 | 10/3/2006 |
| 13829 | Otis Jones | 115149/06 | 10/3/2006 |
| 3441 | William Jones (and Wife, Arlene T Jones) | 115147/06 | 10/3/2006 |
| 12815 | Helena Jordan | 115146/06 | 10/3/2006 |

# Service Rider

Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12661 | Paul Josefson (and Wife, Diane L Josefon) | 115145/06 | 10/3/2006 |
| 13705 | Charles Kaczorowski | 115153/06 | 10/3/2006 |
| 13028 | Mark Kafalas (and Wife, Catherine P Kafalas) | 115154/06 | 10/3/2006 |
| 13603 | Alan Kalisky | 115151/06 | 10/3/2006 |
| 13620 | Christian Kanehl (and Wife, Deborah Kanehl) | 115152/06 | 10/3/2006 |
| 11152 | Edward Karl (and Wife, Donna M Karl) | 115159/06 | 10/3/2006 |
| 12244 | Salim Kamaby | 115150/06 | 10/3/2006 |
| 13245 | John Kavanagh | 115158/06 | 10/3/2006 |
| 13520 | Jeffrey Kay | 115157/06 | 10/3/2006 |
| 13498 | Joseph Kearney | 115156/06 | 10/3/2006 |
| 13273 | Thomas Kearns (and Wife, Mary Ann Kearns) | 115155/06 | 10/3/2006 |
| 12798 | James Kelly | 115139/06 | 10/3/2006 |
| 13702 | Mike Kenny | 115138/06 | 10/3/2006 |
| 14215 | Yasha Khaimov (and Wife, Seviay Khaimov) | 115137/06 | 10/3/2006 |
| 13656 | Stephen Kiesche (and Wife, Marlene Kiesche) | 115135/06 | 10/3/2006 |
| 13832 | Peter Kieseheuer | 115136/06 | 10/3/2006 |
| 13675 | John Kissane (and Wife, Victoria Kissane) | 115143/06 | 10/3/2006 |
| 13916 | Jeff Kleiman (and Wife, Diane Kleiman) | 115144/06 | 10/3/2006 |
| 12665 | Paul Knapp (and Wife, Robyn Knapp) | 115142/06 | 10/3/2006 |
| 8628 | Daniel Knight | 115141/06 | 10/3/2006 |
| 12231 | Medzit Kolenovic | 115140/06 | 10/3/2006 |
| 13526 | Michael Krus | 115240/06 | 10/3/2006 |
| 12748 | Michael Kudela (and Wife, Colleen R Kudela) | 115241/06 | 10/3/2006 |
| 13343 | Kazimierz Kukacki (and Wife, Kukacka Kukacki) | 115242/06 | 10/3/2006 |
| 11891 | Michael Ladagana | 115243/06 | 10/3/2006 |
| 13572 | Howard Laiimen (and Wife, Elaine Laiimen) | 115244/06 | 10/3/2006 |
| 14088 | James Lake (and Wife, Adrianne Lake) | 115245/06 | 10/3/2006 |
| 13639 | Gerard Laskowski (and Wife, Monica Laskowski) | 115246/06 | 10/3/2006 |
| 14110 | John Lavi | 115247/06 | 10/3/2006 |
| 13519 | Paul Lavin | 115248/06 | 10/3/2006 |
| 13893 | Lois Lazarus | 115249/06 | 10/3/2006 |
| 13173 | Suzanne Leacock-Singleton (and Husband, Ronald Singleton) | 115250/06 | 10/3/2006 |
| 13726 | Franklin Lechner (and Wife, Carmen Lechner) | 115251/06 | 10/3/2006 |
| 13564 | John Lema (and Wife, Cheryl R Lema) | 115252/06 | 10/3/2006 |
| 13849 | Alan Letz (and Wife, Julia Letz) | 115253/06 | 10/3/2006 |
| 13130 | Kenneth Lewis (and Wife, Patricia Lewis) | 115255/06 | 10/3/2006 |
| 14075 | Michael Lewy (and Wife, Monica Lewy) | 115254/06 | 10/3/2006 |
| 13608 | William Lindquist (and Wife, Deborah ) | 115256/06 | 10/3/2006 |

## Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 4004 | Ronald Lingo | 115257/06 | 10/3/2006 |
| 13974 | Frank Lioce (and Wife, Rosemann Lioce) | 115258/06 | 10/3/2006 |
| 13585 | Ralph Lisanti | 115259/06 | 10/3/2006 |
| 13619 | Nicolino Lisio | 115260/06 | 10/3/2006 |
| 12214 | Russell Litchult (and Wife, AnnMarie Litchult) | 115261/06 | 10/3/2006 |
| 13780 | Neil Lodato (and Wife, Iris Lodato) | 115262/06 | 10/3/2006 |
| 13582 | Daniel Loen | 115263/06 | 10/3/2006 |
| 14074 | Erik Lombardo (and Wife, Tara Lombardo) | 115124/06 | 10/3/2006 |
| 13299 | Milton Lopez (and Wife, Georgina L) | 115264/06 | 10/3/2006 |
| 13415 | Oswaldo Lopez | 115122/06 | 10/3/2006 |
| 13312 | Oswaldo Lopez (and Wife, Elvia Villacis) | 115123/06 | 10/3/2006 |
| 12394 | Wilber Lopez (and Wife, Aracelly Gonzales) | 115121/06 | 10/3/2006 |
| 13556 | Laura LoPresti | 115120/06 | 10/3/2006 |
| 13574 | Peter LoPresti (and Wife, Laura) | 115119/06 | 10/3/2006 |
| 12688 | Steve Lord | 115118/06 | 10/3/2006 |
| 14066 | John Loyer | 115117/06 | 10/3/2006 |
| 12643 | Erik Lubrano (and Wife, Rosemary Lubrano) | 115115/06 | 10/3/2006 |
| 13038 | Rafael Luyando (and Wife, Iveliz Luyando) | 115116/06 | 10/3/2006 |
| 9425 | Rhoel Macapobre | 115209/06 | 10/3/2006 |
| 13984 | Fernando Machado | 115208/06 | 10/3/2006 |
| 13985 | Luis Machado (and Wife, Lucia Machado) | 115207/06 | 10/3/2006 |
| 14148 | Albert Mack (and Wife, Kelley Mack) | 115206/06 | 10/3/2006 |
| 12374 | Mark Mackey (and Wife, Laurel L Mackey) | 115214/06 | 10/3/2006 |
| 12920 | Patrick Mackin | 115205/06 | 10/3/2006 |
| 13030 | Lee Macklowe | 115213/06 | 10/3/2006 |
| 13031 | Shaun Mahoney | 115212/06 | 10/3/2006 |
| 13721 | Brian Makinen (and Wife, Norisa Cruz Makinen) | 115211/06 | 10/3/2006 |
| 13379 | Darwin Maldonado | 115210/06 | 10/3/2006 |
| 12254 | Felix Maldonado (and Wife, Cristina Santos) | 115318/06 | 10/3/2006 |
| 12791 | Luis Maldonado (and Wife, Pamela) | 115319/06 | 10/3/2006 |
| 454 | Ralph Manganiello | 115317/06 | 10/3/2006 |
| 13687 | Sebastian Mannuzza | 115316/06 | 10/3/2006 |
| 13701 | David Margules | 115315/06 | 10/3/2006 |
| 13445 | Franklin Marin | 115293/06 | 10/3/2006 |
| 13543 | Martin Marinez | 115294/06 | 10/3/2006 |
| 13799 | Robert Marini (and Wife, Barabara A Marini) | 115292/06 | 10/3/2006 |
| 12582 | Julio C Marrero | 115291/06 | 10/3/2006 |
| 11451 | Andres Martinez | 115290/06 | 10/3/2006 |

## Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13044 | Jennifer Martinez | 115299/06 | 10/3/2006 |
| 12850 | Marcos Martinez (and Wife, Debbie A Martinez) | 115298/06 | 10/3/2006 |
| 13988 | John Massoni (and Wife, Marie Massoni) | 115297/06 | 10/3/2006 |
| 12369 | Charles Matthew (and Wife, Lillian Matthew) | 115296/06 | 10/3/2006 |
| 13577 | Christopher Matthews | 115295/06 | 10/3/2006 |
| 13525 | Edward May | 115304/06 | 10/3/2006 |
| 13706 | Lorraine McAndrews | 115303/06 | 10/3/2006 |
| 12240 | Dawn McAuliffe | 115302/06 | 10/3/2006 |
| 12948 | John McBride | 115301/06 | 10/3/2006 |
| 13371 | Brian McCabe (and Wife, DominiQue ) | 115300/06 | 10/3/2006 |
| 12355 | Daniel McCabe | 115309/06 | 10/3/2006 |
| 13259 | James McCafferty (and Wife, Jeanne McCafferty) | 115308/06 | 10/3/2006 |
| 11749 | James McCann | 115307/06 | 10/3/2006 |
| 12247 | Lynn McCarthy (and Husband, Eugene Senese) | 115306/06 | 10/3/2006 |
| 13105 | Scott McCarthy (and Wife, Nicole McCarthy) | 115305/06 | 10/3/2006 |
| 12612 | Kathleen McCauley | 115314/06 | 10/3/2006 |
| 13395 | Thomas McCoy (and Wife, Veronica A McCoy) | 115313/06 | 10/3/2006 |
| 13070 | John McCrone | 115312/06 | 10/3/2006 |
| 13111 | Janice McDaniel | 115311/06 | 10/3/2006 |
| 11751 | Sean McDermott (and Wife, Eileen McDermott) | 115310/06 | 10/3/2006 |
| 12863 | Thomas McDonald | 115179/06 | 10/3/2006 |
| 13412 | Tom McEwan (and Wife, Syzzette McEwan) | 115178/06 | 10/3/2006 |
| 14155 | Kenneth McFarlane | 115176/06 | 10/3/2006 |
| 13861 | John McGlyn (and Wife, Kim McGlyn) | 115175/06 | 10/3/2006 |
| 13217 | John McGuire (and Wife, Anne McGuire) | 115174/06 | 10/3/2006 |
| 13579 | Michael McKenna | 115173/06 | 10/3/2006 |
| 13549 | Patrick McKernan | 115172/06 | 10/3/2006 |
| 8451 | Thomas Mclaughlin | 115171/06 | 10/3/2006 |
| 12806 | Robert McNamara (and Wife, Lisa McNamara) | 115170/06 | 10/3/2006 |
| 13699 | Gerard McNulty | 115177/06 | 10/3/2006 |
| 13307 | John Mee (and Wife, Linda A Mee) | 115168/06 | 10/3/2006 |
| 11952 | Richard Meehan | 115169/06 | 10/3/2006 |
| 13143 | Luis Melendez | 115167/06 | 10/3/2006 |
| 12694 | Manuel Melo (and Wife, Paula C Couto-Melo) | 115166/06 | 10/3/2006 |
| 11294 | Jennifer Melore | 115165/06 | 10/3/2006 |
| 12113 | Michael Mendez | 115203/06 | 10/3/2006 |
| 13678 | Nelson Mendez, Jr. | 115204/06 | 10/3/2006 |
| 13753 | Meta J Mereday | 115202/06 | 10/3/2006 |

# Rider — Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 13632 | Martin J Merjave (and Wife, Gloria Merjave) | 115201/06 | 10/3/2006 |
| 7359 | Deborah Meshejian | 115200/06 | 10/3/2006 |
| 13010 | Edward Messina (and Wife, Danielle Messina) | 114954/06 | 10/3/2006 |
| 14053 | Lou Micillo (and Wife, Michelle Micillo) | 114955/06 | 10/3/2006 |
| 13419 | Michael Miele (and Wife, Diana T Miele) | 114953/06 | 10/3/2006 |
| 14163 | Harry Mikedis | 114952/06 | 10/3/2006 |
| 13822 | Walter Miley (and Wife, Helen E Miley) | 114951/06 | 10/3/2006 |
| 13086 | Robert Miller | 114950/06 | 10/3/2006 |
| 12270 | Anthony Minervini (and Wife, Agatha Minervini) | 114949/06 | 10/3/2006 |
| 13707 | Michael Minuto | 114948/06 | 10/3/2006 |
| 12731 | Solomon Mitchell (and Wife, Victoria Mitchell) | 114947/06 | 10/3/2006 |
| 13940 | Marie Mitton | 114946/06 | 10/3/2006 |
| 11877 | Paul Moehring | 114945/06 | 10/3/2006 |
| 13737 | John Moglia | 114944/06 | 10/3/2006 |
| 13490 | Jorge Mojica (and Wife, Lililian Mojica) | 114943/06 | 10/3/2006 |
| 13451 | Gilbert Molina | 114942/06 | 10/3/2006 |
| 13774 | John Molloy (and Wife, Patricia Molloy) | 114941/06 | 10/3/2006 |
| 13555 | Joseph Monsorno (and Wife, Eileen Monsorno) | 114940/06 | 10/3/2006 |
| 13722 | Susan Montelvo | 114939/06 | 10/3/2006 |
| 12782 | Brian Mooney (and Wife, Maryanne Mooney) | 114938/06 | 10/3/2006 |
| 13499 | William M Moore (and Wife, Elizabeth Moore) | 114937/06 | 10/3/2006 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 114936/06 | 10/3/2006 |
| 12857 | David Morales (and Wife, Anna Castro) | 115015/06 | 10/3/2006 |
| 1355 | Jose Morales (and Wife, Stephanie Morales) | 115014/06 | 10/3/2006 |
| 13169 | Ellen Moran | 115013/06 | 10/3/2006 |
| 12896 | John Moran (and Wife, Ann M Moran) | 115012/06 | 10/3/2006 |
| 13982 | Joseph Moran (and Wife, Maria Moran) | 115011/06 | 10/3/2006 |
| 13253 | Willie Moree | 115164/06 | 10/3/2006 |
| 12846 | Sandra Moreno | 115163/06 | 10/3/2006 |
| 12769 | Gary Morgan | 115162/06 | 10/3/2006 |
| 14185 | Alan Morgenthal (and Wife, Geralyn Morgenthal) | 115161/06 | 10/3/2006 |
| 14184 | John Morietti | 115160/06 | 10/3/2006 |
| 13052 | Rodney Morris (and Wife, Lena Morris) | 115189/06 | 10/3/2006 |
| 11753 | Claudio Morrone (and Wife, Louisa Morrone) | 115188/06 | 10/3/2006 |
| 13206 | Edward Mortenson (and Wife, Mary C Mortenson) | 115187/06 | 10/3/2006 |
| 13080 | Walter Moussou (and Wife, Meagan Moussou) | 115186/06 | 10/3/2006 |
| 13848 | Joe Moya (and Wife, Luz Moya) | 115185/06 | 10/3/2006 |
| 12799 | Lyliana Moya (and Husband, Hector Rivera) | 114971/06 | 10/3/2006 |

# Service Rider

Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12752 | Dominick Munofo | 114972/06 | 10/3/2006 |
| 13297 | Dennis Murphy (and Wife, Mary Luise Murphy) | 114973/06 | 10/3/2006 |
| 12560 | Heather Murphy | 114974/06 | 10/3/2006 |
| 13470 | Stephen Murphy (and Wife, Michelle Murphy) | 114975/06 | 10/3/2006 |
| 12783 | Mary Murray (and Husband, Keith Zavilowitz) | 114981/06 | 10/3/2006 |
| 13875 | Michael Mustillo (and Wife, Dora Mustillo) | 114982/06 | 10/3/2006 |
| 14186 | Robert Nagle (and Wife, Regina E Nagle) | 114983/06 | 10/3/2006 |
| 14170 | Madeline Netrosio (and Husband, Steven Belich) | 114984/06 | 10/3/2006 |
| 14234 | Michael Nichols | 114985/06 | 10/3/2006 |
| 13447 | Steven Nicoletti (and Wife, Mary Nicoletti) | 116242/06 | 10/3/2006 |
| 13509 | Wilfredo Nieves, Jr. | 116241/06 | 10/3/2006 |
| 12805 | Cipriano Nigro (and Wife, Lori Nigro) | 116240/06 | 10/3/2006 |
| 13332 | Albert Nizzari (and Wife, Denise Nizzari) | 115009/06 | 10/3/2006 |
| 12980 | William Noesges (and Wife, Denise Noesges) | 116239/06 | 10/3/2006 |
| 13637 | Robert Numssen | 115199/06 | 10/3/2006 |
| 13136 | Harold Nunez | 115198/06 | 10/3/2006 |
| 12807 | John O Boyle (and Wife, Paricia O Boyle) | 115197/06 | 10/3/2006 |
| 13834 | Gary O Grady | 115196/06 | 10/3/2006 |
| 13897 | James O Keefe | 115010/06 | 10/3/2006 |
| 13666 | Edward O Rourke | 115006/06 | 10/3/2006 |
| 13626 | Joseph O Rourke | 115005/06 | 10/3/2006 |
| 13219 | Thomas Obrien | 115195/06 | 10/3/2006 |
| 13762 | Kenneth Oliveri (and Wife, Lisa Oliveri) | 115008/06 | 10/3/2006 |
| 13843 | Johnny Orellana (and Wife, Linda Orellana) | 115007/06 | 10/3/2006 |
| 12590 | Rafael Orozco (and Wife, Maribel Orozco) | 115003/06 | 10/3/2006 |
| 13174 | Jose Ortiz | 115002/06 | 10/3/2006 |
| 12797 | Julio Ortiz | 115001/06 | 10/3/2006 |
| 12385 | Gregory Osborn (and Wife, Felicitas Osborn) | 115000/06 | 10/3/2006 |
| 13262 | Patrick Oshaughnessy (and Wife, Christa Oshaughnessy) | 114998/06 | 10/3/2006 |
| 13540 | Steven Oxnard | 114999/06 | 10/3/2006 |
| 13750 | Richard Pacheco (and Wife, Miriam Pacheco) | 114997/06 | 10/3/2006 |
| 13823 | Rafael Padron | 115004/06 | 10/3/2006 |
| 14102 | Jose Pagan (and Wife, Jeanne pagan) | 114996/06 | 10/3/2006 |
| 13621 | Melissa Page | 114995/06 | 10/3/2006 |
| 10959 | Luis Palacio | 114994/06 | 10/3/2006 |
| 12944 | Francis Pantaleo (and Wife, Lisa Pantaleo) | 114993/06 | 10/3/2006 |
| 13460 | George Paramithis (and Wife, Jill Paramithis) | 114992/06 | 10/3/2006 |
| 14164 | James Patterson (and Wife, Arlene Patterson) | 114991/06 | 10/3/2006 |

| Rider | Service Rider | | |
|---|---|---|---|

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13241 | Richard W Paulhamer | 114990/06 | 10/3/2006 |
| 11393 | Paul Pavarini (and Wife, Lisa Pavarini) | 114989/06 | 10/3/2006 |
| 12107 | William Peck | 114987/06 | 10/3/2006 |
| 13944 | Raul Pedernera (and Wife, Esperanza Pederneras) | 114988/06 | 10/3/2006 |
| 11700 | Carlos Pena (and Wife, Vicky V Pena) | 114986/06 | 10/3/2006 |
| 13426 | Jacqueline Pender | 114807/06 | 10/3/2006 |
| 13100 | Marilin Peralta | 114806/06 | 10/3/2006 |
| 13045 | Rafael Peralta (and Wife, Yolanda Peralta) | 114805/06 | 10/3/2006 |
| 14085 | Antonio Pereira (and Wife, Maria Pereira) | 114804/06 | 10/3/2006 |
| 13436 | Luis Pereira | 114803/06 | 10/3/2006 |
| 13599 | Carmelo Perez | 114802/06 | 10/3/2006 |
| 13101 | Eddie Perez (and Wife, Gina Perez) | 114801/06 | 10/3/2006 |
| 13257 | Yvonne Perez (and Husband, George Perez) | 114800/06 | 10/3/2006 |
| 13013 | Andrew Perrella (and Wife, Dana Perrella) | 114799/06 | 10/3/2006 |
| 6701 | Michael Perrotti (and Wife, Lovanne Perrotti) | 114798/06 | 10/3/2006 |
| 14032 | Edward Peters | 114797/06 | 10/3/2006 |
| 12709 | Robert Peters | 114795/06 | 10/3/2006 |
| 13015 | James Peterson (and Wife, Arlene Peterson) | 114796/06 | 10/3/2006 |
| 13081 | Harry Phillips (and Wife, Mary Phillips) | 114794/06 | 10/3/2006 |
| 13510 | William Piatti | 114793/06 | 10/3/2006 |
| 13670 | John Pigott | 114792/06 | 10/3/2006 |
| 13523 | Jospeh Pira | 114791/06 | 10/3/2006 |
| 13855 | Anthony Pirozzoli (and Wife, Jean Ann Pirozzoli) | 114790/06 | 10/3/2006 |
| 13162 | Robert Pisacani | 114789/06 | 10/3/2006 |
| 12984 | Joseph Pisano (and Wife, Lisa Ann Pisano) | 114788/06 | 10/3/2006 |
| 7578 | Bobby Pitt | 114960/06 | 10/3/2006 |
| 14231 | Janet Pohlmann | 114959/06 | 10/3/2006 |
| 12964 | Richard Polizzi | 114958/06 | 10/3/2006 |
| 13384 | Brad Popowitz (and Wife, Irene ) | 114957/06 | 10/3/2006 |
| 13004 | Giovanni Porcelli (and Wife, Ruth Porcelli) | 114956/06 | 10/3/2006 |
| 12861 | William Powell (and Wife, Linda Powell) | 115031/06 | 10/3/2006 |
| 13418 | Matthew Prial | 115035/06 | 10/3/2006 |
| 13716 | Elio Procaccio | 115034/06 | 10/3/2006 |
| 13055 | Stephen Pumilia | 115033/06 | 10/3/2006 |
| 12932 | Richard Purcell | 115032/06 | 10/3/2006 |
| 13892 | John Purpura (and Wife, Laura Purpura) | 115036/06 | 10/3/2006 |
| 13067 | Joseph Quinn (and Wife, Valerie Quinn) | 115037/06 | 10/3/2006 |
| 13064 | Joseph Racaniello | 115038/06 | 10/3/2006 |

## Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 14157 | Eugenio Ramos (and Wife, Nehe Ramos) | 115027/06 | 10/3/2006 |
| 13759 | Richard Ramos (and Wife, Migdalia Ramos) | 115029/06 | 10/3/2006 |
| 13881 | Michael Randazzo (and Wife, Rose Marie Randazzo) | 115039/06 | 10/3/2006 |
| 13455 | James Randolphe | 115021/06 | 10/3/2006 |
| 11545 | Julio Razon | 115040/06 | 10/3/2006 |
| 13424 | Eugene Reems (and Wife, Erin Reems) | 115026/06 | 10/3/2006 |
| 11668 | Frank Reilly | 115028/06 | 10/3/2006 |
| 4516 | John Reilly | 115025/06 | 10/3/2006 |
| 12553 | Vincent Reilly | 115030/06 | 10/3/2006 |
| 10695 | Fardy Rendon (and Wife, Magola Rendon) | 115019/06 | 10/3/2006 |
| 4602 | Angel Reyes | 115023/06 | 10/3/2006 |
| 14165 | Anthony Reyes | 115022/06 | 10/3/2006 |
| 12250 | Manuel Reyes | 115016/06 | 10/3/2006 |
| 13385 | Arthur Riccio (and Wife, Margaret Riccio) | 115024/06 | 10/3/2006 |
| 13170 | Debra Ricks | 115018/06 | 10/3/2006 |
| 13126 | Eric Rieger (and Wife, Laura Rieger) | 115017/06 | 10/3/2006 |
| 10961 | Victor Rivas (and Wife, Diane Rivas) | 114812/06 | 10/3/2006 |
| 13403 | Anthony Rivera (and Wife, Margaret Rivera) | 115020/06 | 10/3/2006 |
| 13181 | Patrizio Rizzi (and Wife, Karen Rizzi) | 114811/06 | 10/3/2006 |
| 13375 | Carmine Rizzo (and Wife, Margo Rizzo) | 114809/06 | 10/3/2006 |
| 12829 | Orlando Robinson (and Wife, Deborah ) | 114810/06 | 10/3/2006 |
| 12837 | William K Robinson | 114817/06 | 10/3/2006 |
| 11347 | Michael Robles (and Wife, Tillie-Ann Robles) | 114808/06 | 10/3/2006 |
| 13712 | Angel Rocano | 114816/06 | 10/3/2006 |
| 14112 | Jose Rodas (and Wife, Maria Rodas) | 114815/06 | 10/3/2006 |
| 13784 | Douglas Rodriguez | 114814/06 | 10/3/2006 |
| 12943 | Stanley Rodriguez (and Wife, Vanessa A Rodriguez) | 115132/06 | 10/3/2006 |
| 13422 | Dola Rogers | 115133/06 | 10/3/2006 |
| 11154 | James Rogers | 115131/06 | 10/3/2006 |
| 13034 | David Roldan (and Wife, Laura Roldan) | 114813/06 | 10/3/2006 |
| 13094 | Jeffrey Roman | 115130/06 | 10/3/2006 |
| 12856 | Maribel Roman | 115134/06 | 10/3/2006 |
| 13534 | Angelo Rosario | 115129/06 | 10/3/2006 |
| 8699 | Wilfredo Rosario (and Wife, Luz Rosario) | 115128/06 | 10/3/2006 |
| 13114 | Richard Ross (and Wife, Ann Ross) | 115127/06 | 10/3/2006 |
| 13507 | Thomas Rowe (and Wife, Natalie Rowe) | 115125/06 | 10/3/2006 |
| 13270 | Michael Rubino | 115126/06 | 10/3/2006 |
| 13129 | James Ruggiero | 115193/06 | 10/3/2006 |

# Service Rider

Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13975 | Glenn Russo | 115194/06 | 10/3/2006 |
| 13075 | James Russo (and Wife, Lynda Russo) | 115192/06 | 10/3/2006 |
| 13575 | Richard Rutherford (and Wife, Susan Rutherford) | 115191/06 | 10/3/2006 |
| 10906 | Michael Ryan (and Wife, Catherine Ryan) | 115190/06 | 10/3/2006 |
| 11041 | Glenn Ryerson | 114757/06 | 10/3/2006 |
| 14086 | George Sahm | 114756/06 | 10/3/2006 |
| 13475 | Jose Sanchez | 114755/06 | 10/3/2006 |
| 14030 | Richard L Sanchez | 114754/06 | 10/3/2006 |
| 13430 | Eric Sandhovel (and Wife, Maria ) | 114753/06 | 10/3/2006 |
| 11770 | Irene Santana-Rivera | 114961/06 | 10/3/2006 |
| 11699 | Robert Santiago (and Wife, Rseann L Santiago) | 114400/06 | 10/3/2006 |
| 12644 | Errol Santos (and Wife, Claudia Santos) | 114409/06 | 10/3/2006 |
| 14225 | Cara Sarittiere (and Wife, Miki Sarittiere) | 114978/06 | 10/3/2006 |
| 13976 | Rodney Satterfield (and Wife, Cheryl Satterfield) | 114979/06 | 10/3/2006 |
| 2532 | Pasquale Saulino (and Wife, Dianne Saulino) | 114962/06 | 10/3/2006 |
| 12983 | Jason Savino (and Wife, Jeanette Savino) | 114980/06 | 10/3/2006 |
| 13266 | Edward Schaefer (and Wife, Michele Schaefer) | 114966/06 | 10/3/2006 |
| 14098 | Michael Schindlar (and Wife, Gloria Schindlar) | 114968/06 | 10/3/2006 |
| 13867 | William Schmidt (and Wife, Bonnie Schmidt) | 114963/06 | 10/3/2006 |
| 12710 | William Schmittgall (and Wife, Michele Schmittgall) | 114967/06 | 10/3/2006 |
| 12653 | Edgar Schoffner (and Wife, Gary M Schoffner) | 114964/06 | 10/3/2006 |
| 12057 | Carl Schroeder | 115181/06 | 10/3/2006 |
| 13674 | Michaelene Schultz | 114965/06 | 10/3/2006 |
| 12819 | Robert Schultz | 115182/06 | 10/3/2006 |
| 12594 | Jerome W Schwartz (and Wife, Olga Schwartz) | 114969/06 | 10/3/2006 |
| 12595 | Michael Schwartz | 114976/06 | 10/3/2006 |
| 12957 | Steven Sciuto (and Wife, Tara Sciuto) | 115180/06 | 10/3/2006 |
| 12954 | Richard Scrivani (and Wife, marianne Scrivani) | 114977/06 | 10/3/2006 |
| 13522 | Thomas Seabasty | 115184/06 | 10/3/2006 |
| 14005 | Alfredo Serrano (and Wife, Madeline Serrano) | 115183/06 | 10/3/2006 |
| 13380 | Robert Sesny | 114388/06 | 10/3/2006 |
| 13039 | Reuben Shaw (and Wife, Dana Shaw) | 114406/06 | 10/3/2006 |
| 10708 | Edmund Sheridan (and Wife, Jennifer Sheridan) | 114407/06 | 10/3/2006 |
| 13267 | Farije Sheridan (and Husband, Thomas Sheridan) | 114970/06 | 10/3/2006 |
| 12668 | Joseph Sicily | 114386/06 | 10/3/2006 |
| 13818 | Frank Signorile (and Wife, Marha Signorile) | 114387/06 | 10/3/2006 |
| 11537 | Henry Sileo (and Wife, Teresa Sileo) | 114385/06 | 10/3/2006 |
| 13427 | Darryl Silva | 114389/06 | 10/3/2006 |

## Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13408 | Lynne Silver-Meriwether | 114405/06 | 10/3/2006 |
| 13581 | Robert Singer | 114408/06 | 10/3/2006 |
| 12722 | Steven Skific (and Wife, Melissa Skific) | 114404/06 | 10/3/2006 |
| 10742 | Robert Slewlaw (and Wife, Maria Slewlaw) | 114401/06 | 10/3/2006 |
| 12641 | Carol Smith | 114403/06 | 10/3/2006 |
| 12714 | Heidi Smith-Ash (and Husband, Robert J Ash) | 114402/06 | 10/3/2006 |
| 14055 | Robert Sommer | 114375/06 | 10/3/2006 |
| 12892 | David Sommer Jr | 114367/06 | 10/3/2006 |
| 13545 | Jospeh Spagnola | 114441/06 | 10/3/2006 |
| 12812 | Russell Spatafora (and Wife, Carolyn Spatafora) | 114440/06 | 10/3/2006 |
| 13870 | Joseph Spatz | 114371/06 | 10/3/2006 |
| 12448 | Edward Spinelli (and Wife, Donna J Spinelli) | 114376/06 | 10/3/2006 |
| 12770 | Jeff Staniland (and Wife, Jean Staniland) | 114373/06 | 10/3/2006 |
| 12864 | Andrea Stephens | 114374/06 | 10/3/2006 |
| 13476 | Joseph Sterling (and Wife, Brenda Sterling) | 114377/06 | 10/3/2006 |
| 13876 | Richard Strasser | 114369/06 | 10/3/2006 |
| 11754 | John Sugrue (and Wife, Mary Sugrue) | 114378/06 | 10/3/2006 |
| 6755 | James Sullivan (and Wife, Louise Sullivan) | 114361/06 | 10/3/2006 |
| 12780 | Krzysztof Szczepanski (and Wife, Anna Szczepanski) | 114379/06 | 10/3/2006 |
| 8721 | John Tartamella (and Wife, Kathleen A Tartamella) | 114437/06 | 10/3/2006 |
| 12756 | Kevin Taylor (and Wife, Tammy Taylor) | 114439/06 | 10/3/2006 |
| 13961 | Stephen G Thibadeau (and Wife, Christine Thibadeau) | 114438/06 | 10/3/2006 |
| 12868 | Harold Thomas (and Wife, Ila L Thomas) | 114370/06 | 10/3/2006 |
| 13697 | William Thomas (and Wife, Deborah Thomas) | 114366/06 | 10/3/2006 |
| 11887 | Eddie Tibbatts | 114372/06 | 10/3/2006 |
| 14113 | Stephen Tighe (and Wife, Joyce Tighe) | 114362/06 | 10/3/2006 |
| 14223 | Robert Tobias (and Wife, Cheryl Tobias) | 114365/06 | 10/3/2006 |
| 12820 | Felix Torres (and Wife, AnneM. Torres) | 114368/06 | 10/3/2006 |
| 12556 | Lili Torres | 114360/06 | 10/3/2006 |
| 12371 | Lionel Torres (and Wife, Lucy Torres) | 114363/06 | 10/3/2006 |
| 11446 | Terence Torres | 114364/06 | 10/3/2006 |
| 13651 | Adam Traina (and Wife, Sandra Traina) | 114355/06 | 10/3/2006 |
| 12248 | Michael Trance (and Wife, Evelyn Trance) | 114357/06 | 10/3/2006 |
| 12992 | John Travaglia | 114356/06 | 10/3/2006 |
| 12823 | Joseph Tripi | 114380/06 | 10/3/2006 |
| 12773 | Steven Truglio (and Wife, Aleksandra Truglio) | 114382/06 | 10/3/2006 |
| 13547 | Joseph Trumbetti | 114358/06 | 10/3/2006 |
| 13580 | Josef Turski (and Wife, Anne Turski) | 114410/06 | 10/3/2006 |

# Service Rider

**Rider**

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9407 | Zdzislaw Usewicz (and Wife, Krystyna Usewicz) | 114412/06 | 10/3/2006 |
| 13900 | Raymond Valdes | 114359/06 | 10/3/2006 |
| 13593 | Mario Valenti | 114414/06 | 10/3/2006 |
| 12866 | Tanya Vallely | 114381/06 | 10/3/2006 |
| 14073 | Vanessa Van Brunt | 114447/06 | 10/3/2006 |
| 13754 | Craig VanHyning (and Wife, Christine VanHyning) | 114448/06 | 10/3/2006 |
| 13041 | Michael Vaughan | 114383/06 | 10/3/2006 |
| 12776 | Christopher Vaughn (and Wife, Mina Voughn) | 114449/06 | 10/3/2006 |
| 13160 | Orlando Vega (and Wife, Luz Vega) | 114384/06 | 10/3/2006 |
| 13202 | Juan Velez | 114455/06 | 10/3/2006 |
| 13413 | Nelson Velez | 114413/06 | 10/3/2006 |
| 13856 | Robert Venturella, Jr. (and Wife, Karen Venturella) | 114435/06 | 10/3/2006 |
| 13196 | Viviana Vergara | 114446/06 | 10/3/2006 |
| 11705 | John Vigorito (and Wife, Donna M ViGorito) | 114453/06 | 10/3/2006 |
| 14183 | Virginia Villa (and Husband, Rafael Villa) | 114445/06 | 10/3/2006 |
| 12818 | Richard Villalba (and Wife, Lynne Villalba) | 114450/06 | 10/3/2006 |
| 13693 | Wando Villalona | 114395/06 | 10/3/2006 |
| 14092 | Jose Villanueva | 114436/06 | 10/3/2006 |
| 12779 | Enrico Viola (and Wife, Debra Viola) | 114453/06 | 10/3/2006 |
| 13373 | Arthur Violetta (and Wife, Diane Violetta) | 114442/06 | 10/3/2006 |
| 8577 | Jack J. Virzi (and Wife, Anne Virzi) | 114390/06 | 10/3/2006 |
| 13242 | Frank Vitiello | 114393/06 | 10/3/2006 |
| 8284 | Catherine Viverito | 114444/06 | 10/3/2006 |
| 13137 | Michael Voss | 114392/06 | 10/3/2006 |
| 14049 | James Walker (and Wife, Suzanne Walker) | 114394/06 | 10/3/2006 |
| 14216 | Michael J Walker (and Wife, Lorraine M Walker) | 114890/06 | 10/3/2006 |
| 10910 | Robert Walker | 114416/06 | 10/3/2006 |
| 12561 | Lenise Walker-Wilson | 114417/06 | 10/3/2006 |
| 13723 | Jamie Walters | 114887/06 | 10/3/2006 |
| 13386 | James Ward | 114415/06 | 10/3/2006 |
| 13179 | Richard Wecera | 114889/06 | 10/3/2006 |
| 13681 | Ronald Weeks | 114888/06 | 10/3/2006 |
| 13485 | David Wildner (and Wife, Anna Wildner) | 114418/06 | 10/3/2006 |
| 13996 | Gregory Wilk | 114886/06 | 10/3/2006 |
| 13661 | Adam Williams (and Wife, Renee Williams) | 114419/06 | 10/3/2006 |
| 12965 | Glenn J. Williams (and Wife, Deborah A Williams) | 114426/06 | 10/3/2006 |
| 13882 | Kenneth Willisch (and Wife, Colleen Willisch) | 114420/06 | 10/3/2006 |
| 13397 | Gwendolyn Wilson-Phillips (and Wife, Rerry Phillips) | 114421/06 | 10/3/2006 |

# Service Rider

London Fischer, LLP

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13565 | Joseph Wnek | 114429/06 | 10/3/2006 |
| 13022 | Paul Wolf (and Wife, Joanne L Wolf) | 114422/06 | 10/3/2006 |
| 13792 | Johnny Woo (and Wife, Eunice H Woo) | 114433/06 | 10/3/2006 |
| 10595 | Tanya Wood | 114432/06 | 10/3/2006 |
| 13368 | David Woods | 114423/06 | 10/3/2006 |
| 13537 | Edward Woods | 114424/06 | 10/3/2006 |
| 12777 | Issac Wright (and Wife, Laci Wright) | 114430/06 | 10/3/2006 |
| 13732 | Dennis Yarczower (and Wife, Sandy Yarczower) | 114431/06 | 10/3/2006 |
| 11058 | Laverne B Yard | 114428/06 | 10/3/2006 |
| 12630 | Jamie Young | 114425/06 | 10/3/2006 |
| 13439 | Scott Young (and Wife, Loretta Young) | 114398/06 | 10/3/2006 |
| 8749 | Jan Zajac (and Wife, Krystyna Zajac) | 114399/06 | 10/3/2006 |
| 12947 | Wilmer Zambrano (and Wife, Julissa Zambrano) | 114434/06 | 10/3/2006 |
| 13263 | Guy Zammitt (and Wife, deanna Zammitt) | 114397/06 | 10/3/2006 |
| 13885 | Vincent Zappulla | 114427/06 | 10/3/2006 |
| 12937 | Joseph Zichelli (and Wife, Christine Zichelli) | 114396/06 | 10/3/2006 |

700    Group: [158]    Service Contact: [248]    Out [39]    In: [49]