UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

## RETURN OF SERVICE

| Service of the Summons and Complaint[1] was made by me[2] | DATE 06/25/07 |
|---|---|
| NAME OF SERVER (PRINT) Charles Thompson | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other *(specify)*: Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

**NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY**
**110 William Street**
**New York, NY 10038**

Amerigo Infantino

For the following Defendant(s):

**NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/25/07
Date

[signature]
Signature of Server

115 Broadway
Address of Server

Betsy Barranco

[1] See attached rider.

[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure




Notary Public, State of New York
No. 01B[illegible]
Qualified in Richmond County
Commission Expires June 12, 2010

  

*13* *7358* *54* *50*

# Service Rider

NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13854 | John Abati | Not Available | 5/31/2007 |
| 10706 | Luis Adriano | 07cv4445 | 6/5/2007 |
| 12263 | Luis Aguilar (and Wife, Maria Aguilar) | 06cv12701 | 5/24/2007 |
| 3765 | Enrique Ali | 07cv1554 | 5/24/2007 |
| 7604 | Raul Allivar | 05cv9821 | 5/24/2007 |
| 9907 | Fabio Arbelaez | 05cv10747 | 5/24/2007 |
| 9949 | Arturo Arias (and Wife, Marilyn Quintana) | Not Available | 5/24/2007 |
| 9773 | Julio Arias (and Wife, Jane Arias) | 06CV1340 | 5/24/2007 |
| 9933 | Angel Asmal (and Wife, Gloria Asmal) | 07cv1461 | 5/24/2007 |
| 9434 | Luis G. Àvila | 07cv4450 | 6/5/2007 |
| 8798 | Ivan Ayala | 07cv1466 | 5/24/2007 |
| 9400 | Andrzej Baczkowski (and Wife, Zofia Baczkowski) | 07CV1565 | 5/24/2007 |
| 10176 | Sandra Baguero | Not Available | 5/24/2007 |
| 9675 | Alekander Bajguz (and Wife, Maria Bajguz) | 06cv2528 | 5/24/2007 |
| 10924 | Sandra J Baquero | 06cv14486 | 5/24/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 15412 | Sime Begonja (and Wife, Silva Begonja) | Not Available | 5/31/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 10411 | Wiktor Borowiecki | 07cv4455 | 6/5/2007 |
| 3808 | Bolivar Caivinagua | 07CV1573 | 5/24/2007 |
| 3762 | Juan Caivinagua | 07CV1574 | 5/24/2007 |
| 3830 | Ana Patricia Cantos | 05CV1272 | 5/24/2007 |
| 3803 | Maria Chauca (and Wife, Jose ) | 07cv1482 | 5/24/2007 |
| 14860 | Vincent Ciaramella | Not Available | 5/31/2007 |
| 10335 | Maria del Pilar Cifuentes | 07CV1590 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 7465 | Zunilda Cruz | 07CV1598 | 5/24/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 15274 | Pancri Diez (and Wife, Rosa Diez) | Not Available | 5/31/2007 |
| 15098 | Rosa Diez (and Husband, Pancri Diez) | Not Available | 5/31/2007 |
| 13688 | Talia Flores | 07CV1609 | 5/31/2007 |
| 10328 | Dzile Frangu (and Husband, Nazmi Frangu) | 06cv14660 | 5/24/2007 |
| 10184 | Edgar O Galvis | 06cv3422 | 5/24/2007 |
| 10420 | Jesus Garces (and Wife, Elvira Garces) | 07CV1615 | 5/24/2007 |
| 3757 | Jose Garcia | 06cv2218 | 5/24/2007 |
| 10183 | Sixta T Garcia | Not Available | 5/24/2007 |

Group:  Out  In:

  



# Service Rider

NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10006 | Sonia Garcia (and Husband, Christian Chavez) | Not Available | 5/31/2007 |
| 9403 | Leonard Gawin (and Wife, Miroslawa Gawin) | 07CV1619 | 5/24/2007 |
| 9458 | Margarita Gil | 07cv4470 | 6/5/2007 |
| 9676 | Malgorzata Grabowska | 06 cv 4885 | 5/24/2007 |
| 10890 | Antonio Guerrero | Not Available | 5/24/2007 |
| 10852 | Rodolfo Guevara | 06cv3301 | 5/24/2007 |
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 9862 | William Hurtado | 06cv10781 | 5/24/2007 |
| 6807 | Ecuador Intriago | 07cv4475 | 6/5/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 13791 | Wieslaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9373 | Edward Kosowski (and Wife, Elzbieta Stefanska) | Not Available | 5/24/2007 |
| 13343 | Kazimierz Kukacki (and Wife, Kukacka Kukacki) | 06cv14781 | 5/24/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 7608 | Ana Lascano | 05cv9333 | 5/31/2007 |
| 13312 | Oswaldo Lopez (and Wife, Elvia V Lopez) | 06cv14807 | 5/24/2007 |
| 10518 | Mariana Maldonado | 06cv1786 | 5/24/2007 |
| 6822 | Juan Mendez (and Wife, Kareen Mendez) | 07CV1664 | 5/24/2007 |
| 9478 | Wilson Moran (and Wife, Gloria Moran) | 06CV12341 | 5/24/2007 |
| 7493 | Luis Naranjo (and Wife, Rosa Naranjo) | 05CV10738 | 5/24/2007 |
| 3836 | Pilar Olivo | 07CV061 | 5/24/2007 |
| 7612 | Carmen Padilla | 05cv9822 | 5/24/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 9302 | Jose Peralta | 07CV1683 | 5/24/2007 |
| 9670 | Josef Borkowski, as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |
| 11212 | Piotr Porowski (and Wife, Malgorzata Porowski) | 06cv3850 | 5/24/2007 |
| 3753 | Maria Puma | 07CV1688 | 5/24/2007 |
| 9782 | Natalia Quintanilla (and Husband, Gerardo Quintanilla) | 06CV1341 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 8471 | Igbalija Rugovac (and Wife, Rugovac Sadik) | 07cv1524 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Maydi Sarmiento | 06cv6521 | 5/24/2007 |
| 7105 | Gertrudis Savage (and Husband, Edward Savage) | 05cv9951 | 5/24/2007 |
| 6820 | Alfonso Serrano | 07CV1703 | 5/24/2007 |



# Service Rider

NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | Not Available | 5/31/2007 |
| 9678 | Miroslaw Szpanelewski (and Wife, Aleksandra Szpanelewska) | 06CV11532 | 5/24/2007 |
| 9571 | Jose Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |
| 7601 | Severo Vega (and Wife, Lila Gonzalez) | 07cv4521 | 6/5/2007 |
| 6832 | Alejandro Vera | 07cv4522 | 6/5/2007 |
| 7461 | Kleber Villarruel (Paredes) | 06CV13703 | 5/24/2007 |

79

**Tuesday, June 19, 2007**

**Page 3 of 3**

NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY

Group:  Out In:



# Service Rider

NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen Addeo (and Wife, Carol Addeo) | 06cv9963 | 5/25/2007 |
| 14461 | Faisal Choudhury (and Wife, Rahat Choudhury) | Not Available | 5/25/2007 |
| 7258 | Mark Demauro (and Wife, Gina Demauro) | 05CV4335 | 5/25/2007 |
| 7184 | Michael Devito (and Wife, Ninfa Devito) | 05CV1517 | 5/25/2007 |
| 14779 | Donald Foley (and Wife, Kelly Ann Foley) | 07cv657 | 5/25/2007 |
| 3961 | Cori Gallo (and Wife, Magdalena Gallo) | 06cv11810 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea Greaney) | Not Available | 5/25/2007 |
| 9170 | Philip Jude (and Wife, Dianne Jude) | 06CV7450 | 5/25/2007 |
| 14907 | Thomas Maher | Not Available | 5/25/2007 |
| 15298 | Michael G Murphy (and Wife, Elizabeth Murphy) | Not Available | 5/25/2007 |
| 12980 | William Noesges (and Wife, Denise Noesges) | 06cv14925 | 5/25/2007 |
| 2606 | Michael Ramirez (and Wife, Dianne D Jackson) | Not Available | 5/25/2007 |
| 4680 | Roland Renaudin | Not Available | 5/25/2007 |
| 13263 | Guy Zammitt (and Wife, deanna Zammitt) | 06cv15155 | 5/25/2007 |

14